## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

RAFAEL A. JONES, SR.,          )
                                 )
          Petitioner,        )
                                 )
      v.                    )         No. 4:12CV511 TCM
                                 )
JEFF NORMAN,              )
                                 )
          Respondent.      )

## MEMORANDUM AND ORDER

This matter is before the Court on Jones' application for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254.  In his petition, Jones, who is serving a state imposed prison sentence, seeks to reverse an adverse judgment in a prior federal civil court action brought pursuant to 42 U.S.C. § 1983 and RICO.  Section 2254 provides relief to prisoners in state custody seeking to overturn a state court criminal conviction allegedly assessed in violation of the Constitution or laws or treaties of the United States.  As Jones is not attempting to challenge a state court judgment, this case is not cognizable in § 2254 proceedings, and the Court will summarily dismiss this action.  See Rule 4 of the Rules Governing Section 2254 Cases.

Moreover, the Court notes that Jones is a frequent filer of frivolous and malicious actions, and he may not proceed in forma pauperis in civil actions before

this Court because he has incurred at least three "strikes: under 28 U.S.C. §

1915(g).  The instant filing appears to be an attempt to circumvent § 1915(g)

through creative titling of his pleadings.  This is impermissible.

Accordingly,

**IT IS FURTHER ORDERED** that this action is **DISMISSED**.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of

appealability.

Dated this 4th day of April, 2012.


_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE